IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE:<br>CLAUS JOHANN HAAREN,<br>AKA CLAUS J. HARREN,<br>AKA CLAUS HARREN,<br>FDBA ROLLING MEADOWS, LLC<br>FDBA SUNSET DIARY, INC.<br>FDBA MORIAH DAIRY, INC.<br>UTA W. HAAREN AKA<br>UTA HAAREN FDBA<br>SUNSET DAIRY, INC. FDBA<br>MORIAH DAIRY, INC. FDBA<br>ROLLING MEADOWS, LLC<br><br>    Debtors. | BANKRUPTCY CASE<br>NO. 10-70643-JTL<br>JUDGE JOHN T. LANEY, III<br>CHAPTER 7 |
| WELLS FARGO EQUIPMENT FINANCE,<br><br>    Movant,<br><br>vs.<br><br>CLAUS JOHANN HAAREN,<br>AKA CLAUS J. HARREN,<br>AKA CLAUS HARREN,<br>FDBA ROLLING MEADOWS, LLC<br>FDBA SUNSET DIARY, INC.<br>FDBA MORIAH DAIRY, INC.<br>UTA W. HAAREN AKA<br>UTA HAAREN FDBA<br>SUNSET DAIRY, INC. FDBA<br>MORIAH DAIRY, INC. FDBA<br>ROLLING MEADOWS, LLC and<br>WALTER W. KELLEY, as<br>Trustee,<br><br>    Respondents. | CONTESTED MATTER |

## NOTICE OF ASSIGNMENT OF HEARING

WELLS FARGO EQUIPMENT FINANCE has filed papers with the Court to terminate the automatic stay. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. Sec. 362, Movant, by and through its counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by its signature below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to terminate the automatic stay or if you want the court to consider your views on the motion, then you or your attorney must:

Attend the hearing scheduled to be held on the day of <u>08/04/2010</u> at 10:30 A.M. in U.S. Bankruptcy Court, Federal Building, North Patterson, Valdosta, GA.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief. This notice is sent by the undersigned pursuant to Bankruptcy Rule 2002 & 4001.

DATE: June 22, 2010

Ronald A. Levine /s/
Ronald A. Levine, Esq.
GA Bar No. 448736
LEVINE, BLOCK & STRICKLAND, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342 (404) 231-4567

Clerk of the Court
United States Bankruptcy Court
P.O. Box 2147
Columbus, GA 31902-2147

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE |
| CLAUS JOHANN HAAREN, | NO. 10-70643-JTL |
| AKA CLAUS J. HARREN, | |
| AKA CLAUS HARREN, | JUDGE JOHN T. LANEY, III |
| FDBA ROLLING MEADOWS, LLC | |
| FDBA SUNSET DIARY, INC. | CHAPTER 7 |
| FDBA MORIAH DAIRY, INC. | |
| UTA W. HAAREN AKA | CONTESTED MATTER |
| UTA HAAREN FDBA | |
| SUNSET DAIRY, INC. FDBA | |
| MORIAH DAIRY, INC. FDBA | |
| ROLLING MEADOWS, LLC | |
| Debtors. | |
| | |
| WELLS FARGO EQUIPMENT FINANCE, | |
| Movant, | |
| vs. | |
| CLAUS JOHANN HAAREN, | |
| AKA CLAUS J. HARREN, | |
| AKA CLAUS HARREN, | |
| FDBA ROLLING MEADOWS, LLC | |
| FDBA SUNSET DIARY, INC. | |
| FDBA MORIAH DAIRY, INC. | |
| UTA W. HAAREN AKA | |
| UTA HAAREN FDBA | |
| SUNSET DAIRY, INC. FDBA | |
| MORIAH DAIRY, INC. FDBA | |
| ROLLING MEADOWS, LLC and | |
| WALTER W. KELLEY, as Trustee, | |
| Respondents. | |

## MOTION TO TERMINATE STAY AND TO AUTHORIZE MOVANT TO TAKE POSSESSION OF COLLATERAL AND WAIVER OF RIGHT TO HEARING WITHIN 30 DAYS AS PROVIDED BY 11 U.S.C. SECTION 362(e)

COMES NOW WELLS FARGO EQUIPMENT FINANCE (hereinafter referred to as "WFEF") and respectfully represents the following:

1.

The within and foregoing Petition under Chapter 7 of the Bankruptcy Code was filed on 04/27/2010.

2.

Respondent executed a contract, which was assigned to WFEF for value, WFEF retaining first priority lien and security interest in

the collateral described therein, all of which is more fully described in Exhibit "A" attached hereto and made a part hereof, being that certain (1) - 600 Gallon Dairy Cooler With Attachments, (1) - DFE 8,000 Gallon Tank Assy, S/N 7613CA081, (1) Parts Box Assembly, (2) - DFE Gearmotor 1/4 HP 35RPM, (2) Agitator Shaft Assy, (1) - Internal Tank Ladder, (1) - DEF Control Pkg Cooling Only, S/N 7616EA081, (2) 5HP Condending Unit, S/N 76289A081, 76242A081 2) - 7.5HP R22 DFE Condensin Unit, S/N 76289A081, 76242A081, (2) Plexlglass Agitator Weather Shield (1) - Fre-Heater Assy D120 W/.75ft, S/N 76169A081, (1) - Wash Box, (1) - Chem. Pump Box, (1) Air Drain Valve, (2) - 5 Ton Refrigeration Units, S/N 76248A081, 76242A081. WFEF has perfected its security interest in the property by virtue of the filing hereof with the State of Georgia as duly reflected on the Certificate of Title of said collateral, a copy of which is attached hereto as Exhibit "B" and incorporated herein by this reference.

3.

Movant is presently unable to take possession of and enforce its contractual rights unless the Court terminates, annuls, modifies, or otherwise conditions the automatic Stay under 11 U.S.C. §362.

4.

Movant does not have and has not been offered adequate protection by the Respondent. WFEF is entitled to an Order terminating the automatic stay, pursuant to 11 U.S.C. Section 362(d)(1), due to the Debtor's failure to provide adequate protection as described therein. Movant has not received the 02/24/2010 payment nor the payment for any month thereafter. Moreover, the Debtor(s) has failed to provide Movant with verifiable evidence of acceptable insurance.

5.

Further, the aforedescribed collateral is not necessary to an effective reorganization since this is not a reorganization case,

is depreciating in value daily and the Debtor(s) has no equity in the collateral. The debt owing to WFEF is $53,849.05 net, save and except rebates as by law allowed; the value of the collateral being less than the debt.

6.

Movant makes this request pursuant to 11 U.S.C. §362 and seeks a hearing pursuant to §362(e) and waives right to hearing within thirty days as provided by 11 U.S.C. Section 362(e).

WHEREFORE, Movant prays:

(a) That the Court grant Movant an immediate hearing;

(b) That after notice and hearing, the Movant be entitled to unrestrained possession, custody and control of the aforedescribed collateral and be permitted to proceed as by law allowed;

(c) That the Court grant immediate relief and waive the requirement of bankruptcy Rule 4001(a)(3); and

(d) That the Court grant such other relief as is just and proper.

Respectfully submitted,

LEVINE, BLOCK & STRICKLAND, LLP

BY: Ronald A. Levine /s/
Ronald A. Levine, Esq.
[GA Bar No. 448736]
ATTORNEYS FOR MOVANT

2270 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 231-4567

Local Counsel/Court Appearance By:

Mark A. Gilbert, Esquire
910 North Patterson St.
Valdosta, GA 31601
229-242-7562

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing "Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral and Waiver of Right to Hearing Within 30 Days as Provide by 11 U.S.C. Section 362(e)" and "Notice of Hearing" by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery upon the following:

Claus Johann Haaren
aka Claus J. Harren
aka Claus Harren
fdba Rolling Meadows, LLC
fdba Sunset Diary, Inc.
fdba Moriah Dairy, Inc.
Uta W. Haaren aka Uta Haaren
fdba Sunset Dairy, Inc.
fdba Moriah Dairy, Inc.
fdba Rolling Meadows, LLC 124 White Road
Dixie, Georgia 31629

Alan H. Swan, Esquire
P.O. Box 1566
Tifton, GA 31793-1566

Walter W. Kelley, Esq.
Chapter 7 Trustee
2539 Lafayette Plaza Drive
P.O. Box 70879
Albany, GA 31708

This 22 day of June, 2010.

Ronald A. Levine /s/
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant

2270 Resurgens Plaza
945 E. Paces Ferry Road
Atlanta, GA 30326
(404) 231-4567